THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: May 14, 2009

Honorable Pamela Pepper
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

CU Fleet, LLC,

        Debtor.

Case No. 09-24327
Chapter 11

## ORDER DISMISSING CHAPTER 11 PROCEEDINGS PURSUANT TO 11 UNITED STATES CODE SECTION 1112(b)(1)

The foregoing matter having come on for hearing on the Debtor's Motion to Dismiss and there being the following appearances, Jonathan V. Goodman on behalf of the Debtor-in-Possession; Amy Ginsberg on behalf of the United States Trustee; Paul Lucey on behalf of Guardian Credit Union and Prime Financial Credit Union; Joshua Levy on behalf of Landmark Credit Union; David Cisar on behalf of City County Federal Credit Union; and Robert Pyzyk on behalf of Associated Bank and the Court having heard the arguments of counsel, and the testimony of the representative of the Debtor-in-Possession, and otherwise being duly advised in the premises, HEREBY FINDS:

1.      That there is cause under 11 United States Code, Section 1112 to dismiss this case; and

2.      That dismissal is in the best interest of the creditors.

Law Offices of Jonathan V. Goodman
135 W. Wells Street, Suite 340
Milwaukee, WI 53203
Phone: (414) 276-6760; Fax: (414) 287-1199
E-mail: jgoodman@ameritch.net

IT IS THEREFORE ORDERED, that the Debtor's Motion to Dismiss is granted, subject to the following:

1.  No later than Monday, May 11, 2009, the Debtor shall file a monthly report with the Office of the United States Trustee and the Court for the period April 3, 2009 through that day in May in which all disbursements from the Debtor ceased and that the Debtor pay the appropriate fee to the Office of the United States Trustee, based upon the disbursements during such period of time.

2.  That the Debtor is authorized to pay the following expenses prior to dismissal:

    (a)  The United States Trustee fee;

    (b)  Mortgage payment to Guardian Credit Union;

    (c)  The premium for residual coverage insurance;

    (d)  Any sales tax liabilities owed after the filing of the petition; and

    (e)  Accrued payroll beginning with Monday, May 4, 2009.

#####

Law Offices of Jonathan V. Goodman
135 W. Wells Street, Suite 340
Milwaukee, WI 53203
Phone: (414) 276-6760; Fax: (414) 287-1199
E-mail: jgoodman@ameritch.net

Case 09-24327-pp    Doc 36    Filed 05/14/09    Page 2 of 2